# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

No. 16-2444     **Short Title:** Perry v. Spencer, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Cato Institute, American Civil Liberties Union (ACLU), and ACLU of Massachusetts as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

s/ Ilya Shapiro                                    11/27/2018
Signature                                          Date

Ilya Shapiro
Name

Cato Institute                                     202-842-0200
Firm Name (if applicable)                          Telephone Number

1000 Mass. Ave. N.W.
Address                                            Fax Number

Washington D.C.                                    ishapiro@cato.org
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1172141

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes   Court of Appeals No. 16-2444

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).