# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 16-2444     **Short Title:** Perry v. Spencer, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Civil Liberties Union et. al. (see attached sheet)    as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Matthew R. Segal            March 11, 2022
Signature                                    Date

Matthew R. Segal
Name

ACLU Foundation of MA, Inc.         617.482.3170 x330
Firm Name (if applicable)                   Telephone Number

One Center Plaza, Ste 850           617.451.0009
Address                                   Fax Number

Boston, MA 02110                  msegal@aclum.org
City, State, Zip Code                             Email (required)

Court of Appeals Bar Number: 1151872

Has this case or any related case previously been on appeal?

[✓] No      [ ] Yes   Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**List of *Amici Curiae* in Case No. 16-2444:**

American Civil Liberties Union, American Civil Liberties Union of Massachusetts, Inc., American Civil Liberties Union of Maine, American Civil Liberties Union of New Hampshire, and American Civil Liberties Union of Rhode Island

# CERTIFICATE OF SERVICE

I certify that on March 11, 2022, the foregoing document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Dated: March 11, 2022                                    */s/ Matthew R. Segal*
                                                        Matthew R. Segal