No. 16-2444

_____

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

_____

JWAINUS PERRY,

**Plaintiff - Appellant,**

v.

LUIS S. SPENCER, THOMAS DICKAUT, ANTHONY MENDOSA, JAMES SABA, ABBE NELLIGAN, PATRICK TOOLIN, KRISTIE LADOUCER; CAROL MICI; THOMAS NEVILLE,

**Defendants – Appellees**.

_____

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

_____

Pursuant to Local Rule 12(b), Matthew R. Segal hereby moves for leave to withdraw his appearance as counsel for *amicus curiae* American Civil Liberties Union of Massachusetts, Inc. ACLUM is still represented by other counsel in this matter.

| | |
|---|---|
| Date: April 5, 2023 | Respectfully submitted, |
| | <u>/s/ Matthew R. Segal</u> |
| | Matthew R. Segal, 1st Cir. No. 1151872 |
| | American Civil Liberties Union |
| | Foundation of Massachusetts, Inc. |
| | One Center Plaza, Suite 850 |
| | Boston, MA 02108 |
| | 617.482.3170 |
| | msegal@aclum.org |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed through the Electronic Court Filing system on April 5, 2023, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

April 5, 2023                                          /s/ *Matthew R. Segal*
                                                       Matthew R. Segal