# United States Court of Appeals
## For the First Circuit

---

No. 16-2444

JWAINUS PERRY,

Plaintiff - Appellant,

v.

LUIS S. SPENCER, Commissioner; THOMAS DICKAUT, Former Superintendent; ANTHONY MENDOSA, Former Deputy of Classification; JAMES SABA, Superintendent; ABBE NELLIGAN, Deputy of Classification; PATRICK TOOLIN, Correctional Program Officer; KRISTIE LADOUCER; CAROL MICI; THOMAS NEVILLE,

Defendants - Appellees,

JENS SWANSON, Property Officer,

Defendant.

---

**ORDER OF COURT**

Entered: April 6, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Matthew R. Segal as counsel for amicus curiae American Civil Liberties Union of Massachusetts is granted. Attorney Segal is hereby withdrawn as counsel of record, and amicus curiae American Civil Liberties Union of Massachusetts will continue to be represented by the remaining counsel of record.

By the Court:

Maria R. Hamilton, Clerk

cc:
Alexis Garmey Chardon, Daniel Greenfield, Rosalind Eileen Dillon, Mary Eiro-Bartevyan, Sheryl Grant, Jenipher R. Jones, Claudia Pare, Melissa Giangrande, Matthew Marchiori, Ilya Shapiro, Jay R. Schweikert, Gilles R. Bissonnette, Zachary Heiden, Lynette J. Labinger, Carol J. Garvan, Matthew R Segal, David C. Fathi, Jessie J. Rossman, John Joseph Butts, Josefina B. Garcia, Jaime Ann Santos, William E. Evans III, John P. Bueker, Jason P. Roskom, Emma Coreno, Nancy Gertner, Kelsi Brown Corkran, Mary McCord