# United States Court of Appeals
## For the First Circuit

No. 16-2444

JWAINUS PERRY,

Plaintiff, Appellant,

v.

LUIS S. SPENCER, Commissioner; THOMAS DICKHAUT, Former Superintendent; ANTHONY M. MENDONSA, Former Deputy of Classification; JAMES J. SABA, Superintendent; ABBE NELLIGAN, Deputy of Classification; PATRICK TOOLIN, Correctional Program Officer; KRISTIE LADOUCEUR; CAROL MICI; THOMAS NEVILLE,

Defendants, Appellees,

JENS SWANSON, Property Officer,

Defendant.

**JUDGMENT**

Entered: February 21, 2024

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The District Court's grant of summary judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Alexis Garmey Chardon, Daniel Greenfield, Rosalind Eileen Dillon, Mary Eiro-Bartevyan, Sheryl Grant, Jeniper R. Jones, Claudia Pare, Melissa Giangrande, Matthew Marchiori, Ilya Shapiro, Jay R. Schweikert, Gilles R. Bissonnette, Zachary Heiden, Lynette J. Labinger, Carol J. Garvan, Matthew R Segal, David C. Fathi, Jessie J. Rossman, John Joseph Butts, Josefina B. Garcia, Jaime Ann Santos, William E. Evans III, John P. Bueker, Jason P. Roskom, Emma Coreno, Nancy Gertner, Kelsi Brown Corkran, Mary McCord