# United States Court of Appeals
## For the First Circuit

No. 16-2444

JWAINUS PERRY,

Plaintiff - Appellant,

v.

LUIS S. SPENCER, Commissioner; THOMAS DICKAUT, Former Superintendent; ANTHONY MENDOSA, Former Deputy of Classification; JAMES SABA, Superintendent; ABBE NELLIGAN, Deputy of Classification; PATRICK TOOLIN, Correctional Program Officer; KRISTIE LADOUCER; CAROL MICI; THOMAS NEVILLE,

Defendants - Appellees,

JENS SWANSON, Property Officer,

Defendant.

**MANDATE**

Entered: March 14, 2024

    In accordance with the judgment of February 21, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Gilles R. Bissonnette, John P. Bueker, John Joseph Butts, Alexis Garmey Chardon, Emma Coreno, Kelsi Brown Corkran, Rosalind Eileen Dillon, Mary Eiro-Bartevyan, William E. Evans III, David C. Fathi, Josefina B. Garcia, Carol J. Garvan, Nancy Gertner, Melissa Giangrande, Sheryl Grant, Daniel Greenfield, Zachary Heiden, Jenipher R. Jones, Lynette J. Labinger, Matthew Marchiori, Mary McCord, Claudia Pare, Jwainus Perry, Jason P. Roskom. Jessie J. Rossman, Jaime Ann Santos, Jay R. Schweikert, Matthew R Segal, Ilya Shapiro